FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON-IDAHO LABORERS-EMPLOYERES PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MR. ASPHALT & SON'S, LLC, UBI No. 603 618 922, <br><br> Defendant. | No. 4:24-CV-5009-MKD <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS <br><br> **ECF No. 28** |

Before the Court is the parties' Stipulated Motion to Dismiss.  ECF No. 28.

The parties stipulate to the dismissal of this action, without prejudice and without

an award of attorneys' fees or costs to any party.  Pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), Plaintiffs may dismiss an action without court order by filing a

stipulation of dismissal signed by all parties who have appeared.  The stipulation is

signed by all parties who have appeared.

ORDER - 1

1    Accordingly, **IT IS HEREBY ORDERED:**

2    1.    The parties' Stipulated Motion to Dismiss, **ECF No. 28**, is

3    **GRANTED**.

4    2.    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims

5    are **DISMISSED without prejudice**, without an award of fees or costs.

6    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

7    Order, provide copies to counsel, and **CLOSE the file**.

8    DATED July 17, 2025.

9    _s/Mary K. Dimke_
    MARY K. DIMKE
10    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

ORDER - 2